IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM MANUS, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| v. | : | |
| BP CORPORATION NORTH AMERICA, INC., et al., | : | NO. 12-2521 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 18th day of September, 2013, having reviewed Defendants' Motion for Summary Judgment (Doc. No. 16), Plaintiff's response (Doc. No. 21), and having conducted argument on August 22, 2013, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff. Accordingly, the clerk shall mark the matter closed.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge